**Order entered April 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00381-CV

### IN RE BILLY RAY RISLEY, Relator

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. W74-11690-K**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** this petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DAVID EVANS
          JUSTICE